**AFFIRMED; Opinion Filed June 18, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01245-CR
No. 05-13-01246-CR

**CHAD EUGENE APPLETON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 28,881 and 28,882**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice Moseley

Chad Eugene Appleton waived a jury and pleaded guilty to theft of property valued at $1,500 or more but less than $20,000 and evading arrest or detention while using a vehicle. *See* TEX. PENAL CODE ANN. §§ 31.03(a), (e)(4)(A), 38.04(a), (b)(2)(A) (West Supp. 2013). The trial court assessed punishment at eighteen months' confinement in a state jail on the theft conviction. The trial court assessed punishment, enhanced by two prior felony convictions, at thirty-five years' imprisonment on the evading arrest conviction. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the records and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the records that might arguably support the appeals.

We affirm the trial court's judgments.

_____
JIM MOSELEY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131245F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHAD EUGENE APPLETON, Appellant

No. 05-13-01245-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 196th Judicial District Court of Hunt County, Texas (Tr.Ct.No. 28,881).
Opinion delivered by Justice Moseley, Justices O'Neill and FitzGerald participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered June 18, 2014.

/ Jim Moseley/
JIM MOSELEY
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHAD EUGENE APPLETON, Appellant

No. 05-13-01246-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 196th Judicial District Court of Hunt County, Texas (Tr.Ct.No. 28,882).
Opinion delivered by Justice Moseley, Justices O'Neill and FitzGerald participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered June 18, 2014.

/ Jim Moseley/
JIM MOSELEY
JUSTICE